# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139613

DANIEL KARRIP and MARY L. KARRIP,
      Plaintiffs/Counter-
      Defendants-Appellants,

v

HAMILTON MORTGAGE COMPANY,
      Defendant/Counter-
      Plaintiff/Third Party Plaintiff/
      Cross-Defendant-Appellee,

and

JP MORGAN CHASE BANK,
      Defendant/Cross-
      Plaintiff-Appellee,

and

THOMAS PAEPKE and BETTY L. PAEPKE,
Individually and as Trustee of THE PAEPKE
LIVING TRUST and TRANSNATION
TITLE INSURANCE COMPANY,
      Third Party Defendants-Appellees.
_____/

SC: 139613
COA: 283867
Kent CC: 06-004602-CH

      On order of the Court, the application for leave to appeal the July 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

      Clerk

d0120